Case# 1:26-cv-02813

I Dennis Atiyeh hereby certify
That a email copy of The
Complaint has been sent to
The defendant. as per The certificate of service
respectfully
9/21/26

FILED
HARRISBURG, PA
SEP 21 2026
PER ____________
DEPUTY CLERK