**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS ATIYEH** | : | **CIVIL ACTION NO. 1:26-CV-2813** |
| | : | |
| **Plaintiff,** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **AL SCHMIDT, in his official capacity as the Secretary of the Commonwealth of Pennsylvania,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 22nd day of September, 2026, upon consideration of the plaintiff's motion for both a Temporary Restraining Order and a Preliminary Injunction pursuant to Fed. R. Civ. P. 65, and it appearing to the court that Rule 65(b)(1) has not been satisfied, in that there is neither an affidavit nor a verified complaint setting forth specific facts that clearly show an immediate and irreparable injury will result before the defendant can be heard in opposition, it is therefore ORDERED that the Motion for Temporary Restraining Order is DENIED.

To the extent that the *pro se* petitioner may have alleged such facts, but in an unverified complaint, and recognizing that the court has an obligation to construe a *pro se* complaint liberally, the court further finds that the Motion for Temporary Restraining Order fails to show that the movant is likely to succeed on the merits, and that shortcoming represents an additional ground on which to deny the petition.

IT IS FURTHER ORDERED that a hearing on the Motion for Preliminary Injunction will be held on **Wednesday, September 30, 2026 at 9:30 A.M.**, in

Courtroom #7 at the Sylvia Rambo United States Courthouse, 1501 N. 6th street, Harrisburg, Pennsylvania, 17012.

Plaintiff is further ORDERED to effect service of this order upon the defendant in this matter. Additionally, upon consideration of the plaintiff's document alleging to have served the complaint upon the defendant (Doc. 5), the court emphasizes that service of the complaint must be made in line with the processes contemplated by Fed. R. Civ. P. 5(b).

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania