AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| Dennis Atiyeh<br>*Plaintiff*<br>v.<br>Al Schmidt, Secretary of the Commonwealth<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-02813 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Al Schmidt, Secretary of the Commonwealth .

Date: 09/28/2026

Kathleen A. Mullen
*Attorney's signature*

Kathleen A. Mullen (Pa. 84604)
*Printed name and bar number*

Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
*Address*

kamullen@pa.gov
*E-mail address*

(717) 783-0736
*Telephone number*

(717) 214-9899
*FAX number*

Print Save As... Reset