**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS ATIYEH** | : | **CIVIL ACTION NO. 1:26-CV-2813** |
| **Plaintiff,** | : | **(Judge Neary)** |
| **v.** | : | |
| **AL SCHMIDT, in his official capacity as the Secretary of the Commonwealth of Pennsylvania,** | : | |
| **Defendant.** | : | |

# ORDER

AND NOW, this 6th day of October, 2026, upon consideration of the plaintiff's motion (Doc. 2) for a Preliminary Injunction pursuant to Fed. R. Civ. P. 65, it is hereby ORDERED that the motion for preliminary injunction is DENIED.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania